EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: edric.ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 6 2004

at 11 o'clock and 30 min. W M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR04-00204 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. §922(g)(9); and |
| KEONE JOELY MANOA, ) | 18 U.S.C. §924(a)(2)] |
| Defendant. ) | |

INDICTMENT

[18 U.S.C. §922(g)(9); 18 U.S.C. §924(a)(2)]

The Grand Jury charges:

On or about May 5, 2003, in the District of Hawaii, the defendant, KEONE JOELY MANOA, then being a person who had been convicted of a misdemeanor crime of domestic violence, did

knowingly possess in and affecting commerce, a firearm and ammunition, to wit, a Smith and Wesson Model 617 .22 caliber revolver bearing serial number BEE4023 loaded with three rounds of .22 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

DATED: 5/26/04 , 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

United States v. KEONE JOELY MANOA
"Indictment"
Cr. No. _____