# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

December 16, 2005  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 04-00204HG |
| CASE NAME: | U.S.A. vs. KEONE JOELY MANOA |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. |
| ATTYS FOR DEFT: | Anthony H. Yusi |
| U.S.P.O.: | J. Martin Romualdez |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Sharon Ross |
| DATE: | December 16, 2005 | TIME: | 2:30 - 2:40 |

COURT ACTION:  FURTHER HEARING ON ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.
The defendant addressed the Court.

Mr. Yusi informed the Court that the defendant has been accepted by the Salvation Army Adult Rehabilitation Center's residential treatment program.

IT IS ORDERED that the General Condition of supervised release be modified as follows:

> That the defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.

IT IS FURTHER ORDERED that conditions of supervised release be modified by adding Special Condition No. 5:

> That the defendant participate in and complete the residential substance abuse treatment program at the Salvation Army Adult Rehabilitation

Center on Oahu until clinically discharged, which may include an outpatient aftercare treatment component after completion of the residential treatment component.

IT IS ORDERED that the U.S. Marshal release the defendant forthwith to the custody of his attorney, Anthony H. Yusi, Esq., who will transport the defendant to the Salvation Army Adult Rehabilitation Center on Oahu.

Further hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked is continued to May 15, 2006 @ 2:00 p.m.

Submitted by: David H. Hisashima, Courtroom Manager

cc: Leslie E. Osborne, Jr., Esq.
Anthony H. Yusi, Esq.
U.S.P.O. Martin Romualdez, Esq.
Judge Gillmor's chambers