ORIGINAL                                    781924

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

### District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 04-00204HG-01 |

KEONE JOELY MANOA

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST KEONE JOELY MANOA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 4 2006

at 3 o'clock and 0 min
SUE BEITIA, CLERK

U.S. MARSHALS SERVICE
HONOLULU, HI.

2006 MAR -7 PM 12: 53

RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| _(signature)_ | March 6, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at No bail warrant            By: Helen Gillmor, Chief United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HI | | |
| Date Received 3-7-06 | NAME AND TITLE OF ARRESTING OFFICER Russ Nakasato DUSM | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 3-13-06 | | |