ORIGINAL

ANTHONY H. YUSI
Attorney At Law
A Law Corporation

ANTHONY H. YUSI   #2104
Suite 322, Dillingham Transportation Building
735 Bishop Street
Honolulu, Hawai'i  96813
Telephone No.  531-8121

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 29 2008

at 4 o'clock and __ min. __ M.
SUE BEITIA, CLERK

Attorney for Defendant
Keone Joely Manoa

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00204-01 HG |
| Plaintiff, | ) NOTICE OF MOTION; DEFENDANT |
| vs. | ) KEONE JOELY MANOA'S MOTION |
| | ) TO CONTINUE OSC WHY |
| | ) SUPERVISED RELEASE SHOULD |
| KEONE JOELY MANOA, | ) NOT BE REVOKED; DECLARATION |
| | ) OF COUNSEL; ATTACHMENT "A"; |
| Defendant. | ) CERTIFICATE OF SERVICE |

NOTICE OF MOTION

TO:

Leslie E. Osborne Jr.
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai'i  96850
Attorney for Plaintiff

Derrick Kim
U.S. Probation Officer
Federal Probation Office

Room C-110, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai'i  96850

NOTICE IS HEREBY GIVEN that the within motion shall come on for hearing before the Honorable <u>U.S. District Court Judge Helen Gillmor</u> Judge of the above-entitled Court, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawai'i, on _____, _____, <u>2008</u>, at _____ o'clock ___. m., or as soon thereafter as counsel may be heard.

Dated:  Honolulu, Hawai'i, <u>April 29, 2008</u>.

*/s/ Anthony H. Yusi*
Anthony H. Yusi
Attorney for Defendant
Keone Joely Manoa

2

ANTHONY H. YUSI
Attorney At Law
A Law Corporation

ANTHONY H. YUSI   #2104
Suite 322, Dillingham Transportation Building
735 Bishop Street
Honolulu, Hawai'i  96813
Telephone No.  531-8121

Attorney for Defendant
Keone Joely Manoa

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00204-01 HG |
|---|---|
| Plaintiff, | ) DEFENDANT KEONE JOELY MANOA'S MOTION TO CONTINUE OSC WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED |
| vs. | |
| KEONE JOELY MANOA, | |
| Defendant. | |

DEFENDANT KEONE JOELY MANOA'S MOTION TO CONTINUE OSC
WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

   Defendant Keone Joely Manoa, by and through his attorney, Anthony H. Yusi, hereby moves this Court for a continuance of the hearing on the OSC Why Supervised Release Should Not Be Revoked that is presently scheduled for April 30, 2008 at 2:15 p.m.  Defense counsel is requesting a continuance for a period of two weeks, or such other period as the Court may allow, in order to allow defense counsel time to adequately prepare for said hearing and to allow defense counsel a period of time necessary to obtain a required medical release certification in order to support defense counsel's request

that Defendant Manoa be allowed to enter into the Salvation Army's Honolulu Adult Rehabilitation Center's Program for the reasons as more fully discussed and explained in the attached declaration of counsel. This motion is being made with the consent and acknowledgment of Defendant Manoa.

This motion is made pursuant to Federal Rules of Criminal Procedure 47 and the sixth amendment to the U.S. Constitution, and is based on the records and files of this case and the attached Declaration Of Counsel and Attachment "A" thereto, and filed in support of the motion.

Date: Honolulu, Hawai'i, April 29, 2008.

/s/ Anthony H. Yusi

Anthony H. Yusi
Attorney for Defendant
Keone Joely Manoa

2