

**THE SALVATION ARMY**
Honolulu Adult Rehabilitation Center
322 Sumner Street
Honolulu, HI 96817

WILLIAM BOOTH
Founder

SHAW CLIFTON
General

W. TODD BASSET
National Commander

PHILIP SWYERS
Territorial Commander

MAN-HEE CHANG
ARC Commander

GEORGE BEAUCHAMP
Administrator

Date: 05/19/08

To: The Honorable Helen Gillmor

CC: Mr. Anthony Yusi

Re: Mr. Keone Manoa

   This letter is to inform you that Mr. Keone Manoa has asked to be enrolled as a resident of the Salvation Army Adult Rehabilitation Center in Honolulu, Hi. After reviewing his assessment paperwork, and his medical release, we feel that he is appropriate, and I have decided to welcome him to our program, but due to the bed availability at our center, we ask that you contact us before sending him, or please feel free to call me to schedule a time for me to pick him up. (From OCCC only). If you should decide to grant a supervised release to ARC. I currently have beds available.

   During his stay here, he will be involved in substance abuse classes, AA and NA meetings, group and individual counseling, as well as work therapy, recreation, and spiritual meetings. Our staff endeavors to provide a balanced 6-month (180-day) residential social-model program. He will not be able to leave the Salvation Army ARC until he completes his restriction. He will be on a 30-day restriction.

   We maintain a clean and sober living environment and random drug test each resident at least once a month and randomly during the month.

   If I may be of further assistance, please feel free to call me.

Terry Hennessey

*[signature]*

Intake Coordinator
Salvation Army ARC, 322 Sumner St. Honolulu, Hi. 96817

P.S. Let your public defender or lawyer know about this acceptance letter, or take it to court with you when you go. Please have them call me.

Fax:  (808) 522-8492
Phone: (808) 522-8400

USA Western Territory, 180 East Ocean Boulevard Long Beach, CA 90802