

U. S. Department of Justice

Federal Bureau of Prisons

*Leonardo F. Giron, M.D.*
*Clinical Director*

*Federal Detention Center*
*P.O. Box 30547*
*Honolulu, HI 96820*

May 14, 2008

## MEMORANDUM FOR TERRY HENNESSEY
### INTAKE COORDINATOR
### SALVATION ARMY

SUBJECT:     MEDICAL CLEARANCE
             MANOA, KEONE
             # 91233-022

The purpose of this memorandum is to inform you that I examined Mr. Keone Manoa today. He does not have any complains of lower back pain. He does not have any limitation of range of motion of the spine of the lower back. He can perform bending, squatting, walking on heels, walking on toes, and walking on straight line without any degree of difficulty. Mr Manoa does not have any physical limitation at this time.

cc: Mr. Anthony Yusi