**ORIGINAL**

ANTHONY H. YUSI
Attorney At Law
A Law Corporation

ANTHONY H. YUSI  #2104
Suite 322, Dillingham Transportation Building
735 Bishop Street
Honolulu, Hawaii  96813
Attorney for Defendant
Keone Joely Manoa

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 21 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KEONE JOELY MANOA,<br><br>　　　　　　Defendant. | CR. NO. 04-00204-01  HG<br><br>DEFENDANT KEONE JOELY MANOA'S SUPPLEMENTAL EXHIBITS "1" – "3" IN SUPPORT OF MEMORANDUM IN RESPONSE TO OSC WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED; CERTIFICATE OF SERVICE<br><br>Hearing Date: May 22, 2008<br><br>Time:　　　　　11:00 a.m.<br><br>Judge:　　　　The Honorable Chief U.S. District Court Judge Helen Gillmor |

DEFENDANT KEONE JOELY MANOA'S SUPPLEMENTAL EXHIBITS "1"
– "3" IN SUPPORT OF MEMORANDUM IN RESPONSE TO  OSC WHY
SUPERVISED RELEASE SHOULD NOT BE REVOKED

　　　Defendant Keone Joely Manoa, through his counsel undersigned, hereby respectfully submits the attached Exhibits "1" – "3" for the Court's consideration and in support of Defendant Manoa's previously filed May 20, 2008 memorandum in response to the order to show cause why his supervised release should not be revoke.

Exhibits "1" and "2" are copies of a letter of accomplishment dated October 12, 2007 and accompanying Certificate Of Merit that Defendant Manoa's received for his successful completion of an "OSHA Lead Abatement Worker Initial Training Course" from September 24 through September 27, 2007.

Exhibit "3" is a copy of an "AHERA Asbestos Contractor/Supervisor Initial Training Certificate" that Defendant Manoa received for his successful completion of the course work from February 12 – 16, 2007.

Defendant Manoa submits the attached Exhibits "1" – "3" to demonstrate to the Court that during the period of his supervised release he was able to undertake and achieve worthwhile accomplishments toward a goal of gainful employment and that he is a person who can benefit from supervised release, and, therefore, he respectfully requests that the Court allow him to immediately enter into The Salvation Army's ARC Program for the reasons set forth in the previously filed May 20, 2008 memorandum in response to the order to show cause why his supervised release should not be revoke.

Dated: Honolulu, Hawai'i, May 21, 2008.

_____
Anthony H. Yusi
Attorney for Defendant
Keone Joely Manoa

2