

# HAWAII LABORERS' TRAINING PROGRAM

96-138 FARRINGTON HIGHWAY   PEARL CITY, HAWAII 96782
PHONE: (808) 455-7979   FAX: (808) 456-8689

**ERNEST SANTIAGO**
DIRECTOR OF TRAINING

October 12, 2007

Mr. Keoni J. Manoa
1965 Kinikohu Street
Wahiawa, HI 96786

Dear Mr. Manoa:

It is a pleasure to inform you that you have completed the following course with the Hawaii Laborers Training Program, from *September 24 thru September 27, 2007.*

*OSHA Lead Abatement Worker Initial Training Course – 32 hours*

Your Certificate of Merit is enclosed on behalf of the Hawaii Laborers Training Program. Please pay close attention to the expiration date of this Certificate. It is your responsibility to take appropriate action to be re-certified prior to expiration date, September 27, 2008 if you desire to remain eligible for employment in Lead Worker related jobs.

Congratulations on this achievement. Your time, effort and perseverance you demonstrated will certainly bring you future rewards. If you should have any questions, please call our office at your convenience.

Yours truly,

Ernest Santiago
Director of Training

Enclosure

*(ESTABLISHED APRIL 20, 1970)*