# Certificate of Merit



Keoni J. Manoa        4959

has completed the

## LABORERS-AGC
## EDUCATION AND TRAINING FUND

OSHA LEAD ABATEMENT WORKER INITIAL TRAINING COURSE - 32 HOURS

at

96-138 Farrington Highway, Pearl City, HI, 96782 (808) 455-7979

Hawaii Laborers Training Program

Training Date September 24 thru September 27, 2007

CO-CHAIRMAN

CO-CHAIRMAN

EXECUTIVE DIRECTOR

September 27, 2007

DATE

Expires: September 27, 2008

CERTIFICATE #

LIUNA
INNOVATION
AT WORK