

**GLOBETECK GROUP, INC**

534 Ohohia Street, Suite #B, Honolulu, Hawaii 96819 · PHONE (808) 833-5787 · FAX (808) 833-5987

SITE http://www.globeteckgroup.com

is pleased to announce that

## Keone Manoa
xxx-xx-4959

has attended and successfully completed the requisite training course for Asbestos Contractor/Supervisor Initial accreditation under TSCA Title II, Asbestos Model Accreditation Plan and the provider is accredited to provide training within the State of Hawaii.

# AHERA Asbestos Contractor/Supervisor Initial Training Certificate

Certificate Number: GGI-ACSI021607-02M
Place of Training:    Honolulu, Hawaii
Date of Course:       February 12-16, 2007
Date of Examination:  February 16, 2007
Date of Expiration:   February 15, 2008

MOHAMMAD
Training Director
Honolulu, Hawaii