IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KEONE JOELY MANOA,<br><br>    Defendant. | ) CR. NO. 04-00204-01 HG<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing was duly served upon the following parties by hand-delivery to the following at their respective addresses below:

Leslie E. Osborne Jr.
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai'i 96850
Attorney for Plaintiff

Derrick Kim
U.S. Probation Officer
Federal Probation Office
Room C-110, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai'i 96850
Dated: Honolulu, Hawai'i, May 21, 2008.

_____
Anthony H. Yusi
Attorney for Defendant
Keone Joely Manoa