# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00204HG |
| CASE NAME: | U.S.A. vs. KEONE JOELY MANOA |
| ATTY FOR PLA: | Leslie E. Osborne, Jr., AUSA |
| ATTY FOR DEFT: | Anthony H. Yusi, Esq. |
| U.S.P.O.: | Derek M. Kim |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Debra Chun |
| DATE: | May 22, 2008 | TIME: | 11:15 - 11:55 |

COURT ACTION: ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

USPO Derek M. Kim's Oral amendment to the PROBATION FORM 12C (Request for Course of Action) filed on November 30, 2007 are as follows:

    Regarding Violation No. 1 - to strike the word refused and to replace it with the word failed

    Regarding Violation No. 3 - to strike the word refused and to replace it with the word failed

    Regarding Violation No. 5 - to strike the word refused and to replace it with the word failed

The defendant admitted to Violations 1, 2, 3, 4, and 5 as amended by the Court.

The Court finds that this is a Grade C violation, Criminal History Category II.

Allocution by the defendant.

The supervised release is revoked.

    ADJUDGED: Impr of TWELVE (12) MONTHS AND ONE (1) DAY.

SUPERVISED RELEASE: 23 MONTHS upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall participate in a substance program, which may include drug and alcohol testing, at the discretion and direction of the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7. That the defendant serve 6 months community confinement, in a community corrections center such as Mahoney Hale, or Clean & Sober House, as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office.

8. That the defendant shall remain on the island of Oahu throughout the term of his supervised release, unless otherwise approved by the Probation Office. The defendant must demonstrate that he has a suitable residence and verifiable employment at his proposed destination.

9. That the defendant execute all financial disclosure forms requested by the Probation Office and access to any requested financial information.

10. That if the defendant fails to secure gainful employment within two (2) months of his release from prison, the defendant shall be required to perform eighty (80) hours of community service as directed by the Probation Office.

11. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Advised of rights to appeal the sentence.


Submitted by: Mary Rose Feria, Courtroom Manager